# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**CHARLES AARON BROOKS,** :

    **Petitioner** : **CIVIL ACTION NO. 3:16-2386**

    **v** :

        **(JUDGE MANNION)**

**CHARLES E. SAMUEL, JR.,** :

    **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion for temporary injunction (Doc. 23) is **DENIED**.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Dated: May 18, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2386-01-ORDER-wpd.wpd