UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES AARON BROOKS,  :
          Petitioner  :  CIVIL ACTION NO. 3:16-2386
          v.  :  (JUDGE MANNION)
CHARLES E. SAMUEL, JR.,  :
          Respondent  :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Brooks' petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: November 15, 2021
16-2386-02-Order